**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, | No. C 12-01657 EDL |
| Plaintiff(s), | **ORDER** |
| v. | |
| VASUDEV NARAYANAN, | |
| Defendant(s). | |

The parties have informed the Court that this matter has settled. There being no further reason at this time to maintain the file as an open one for statistical purposes, the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

Nothing contained in this minute entry shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this entry had not been entered.

The April 4, 2013 Order of Conditional Dismissal is withdrawn.

Dated: April 18, 2013

*Elizabeth D. Laporte*
ELIZABETH D LAPORTE
United States Chief District Judge